UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES M. BABIN, | Case No. 6:22-PO-00452-HBK<br><br>DENYING DEFENDANT'S REQUEST FOR REMOTE APPEARANCE AND CONTINUING REVIEW HEARING<br><br>(Doc. No. 34) |

Pending before the Court is Defendant's request to appear remotely for his second review hearing filed August 4, 2025. (Doc. No. 34). Due to defense counsel's "scheduling conflicts," Defendant and defense counsel requests to appear by remote means for his August 12, 2025 Second review Hearing. (*Id.*).

On June 6, 2025, defense counsel previously moved to appear by remote means for Defendant's Second Review Hearing scheduling form June 17, 2025 due to "scheduling conflicts." (See Doc. No. 29). On June 9, 2025, upon motion by the government, the Court referred this case to probation for investigation into Defendant's alleged violation of the terms of his unsupervised probation. (Doc. No. 31).  The same day, the Court denied Defendant's motion requesting a remote appearance and continued the Second Review Hearing to August 12, 2025 due to counsel's "scheduling conflict." (Doc. No. 32).

As a general rule, the Court does not grant a remote appearance when a defendant appears to be in violation of the terms of his/her conditions of probation. Consequently, the Court will

not grant a remote appearance but will instead CONTINUE Defendant's Second Review Hearing given defense counsel's "scheduling conflict." The Court is not inclined to continue this matter again.

Accordingly, it is **ORDERED**:

1. Defendant's request to appear remotely for his August 12, 2025 Second Review Hearing (Doc. No. 34) is DENIED.
2. The Court CONTINUES Defendant's Second Review Hearing to September 16, 2025 at 10:00 A.M. in Yosemite.

Dated:   August 11, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE